# Court of Appeals
# of the State of Georgia

ATLANTA, August 20, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0052. MAJOR BARNWELL v. MELVIN CLARK.

In this civil case, Major Barnwell received a $3,869 judgment against him in the magistrate court. Barnwell filed a petition for review to the state court, and the state court affirmed. He then filed this direct appeal. We lack jurisdiction.

Appeals from state court reviewing magistrate court decisions must be brought by discretionary application. OCGA § 5-6-35 (a) (11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Appeals in actions for damages in which the judgment is $10,000 or less must also be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Barnwell's failure to file a discretionary application deprives us of jurisdiction, and, accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/20/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*